UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL F. BRANCHE,

    Plaintiff,

vs.     Case No.: 8:01-CV-1747-T-30-MSS

AIRTRAN AIRWAYS, INC.,
a Foreign corporation,

    Defendant.
_____/

## DEFENDANT'S AIRTRAN AIRWAYS, INC. ANSWER

Defendant, AirTran Airways, Inc. ("AirTran"), states for its answer as follows:

### NATURE OF THE ACTION

1. Denied

### JURISDICTION AND VENUE

2. Denied.

3. AirTran is without sufficient information to respond to the allegations contained in Paragraph Number 3.

4. Admitted.

5. Denied.

6. Denied.

7. Denied.

8. Paragraph Number 8 contains a statement of regulations, and does not contain factual allegations. Therefore, AirTran is not required to respond. AirTran otherwise denies the allegations contained in Paragraph Number 8.



9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Paragraph Number 16 contains a statement of regulations, and does not contain factual allegations. Therefore, AirTran is not required to respond. AirTran otherwise denies the allegations contained in Paragraph Number 16.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

## COUNT I
### (VIOLATION OF FLORIDA WHISTLEBLOWER ACT)

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Complaint fails to state a cause of action upon which relief may be granted.

### Second Affirmative Defense

The Plaintiff's claims are barred by the equitable doctrine of laches, waiver and estoppel.

### Third Affirmative Defense

The Plaintiff's claims are barred by the doctrine of unclean hands.

### Fourth Affirmative Defense

The Plaintiff failed to provide AirTran with written notice of his claim in violation of the Florida Whistleblower Statute. Therefore, his action is barred.

WHEREFORE, AirTran Airways, Inc., demands judgment in its favor against Plaintiff:

1. Declaring that AirTran Airways, Inc. has not violated the Florida Whistleblower Statute;

2. For cost of suit;

3. For counsel fees; and

4. For such other and further relief as the Court may deem just and proper.

> GREENBERG TRAURIG, P.A.
> Attorneys for Defendant
> 111 N. Orange Avenue
> P.O. Box 4923
> Orlando, FL 32802-4923
> Tel: (407) 420-1000
> Fax: (407) 420-5909
>
> By: _/s/ R. Paul Roecker_
> R. Paul Roecker, Esq.
> Florida Bar No. 0120073

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing, has been furnished by United States mail, postage prepaid, to Craig L. Berman, Esq. Berman Law Firm, P.A., 360 Central Avenue, Suite 1260, St. Petersburg, FL 33701; and Bradley A. Tobin, Esq., Bradley A. Tobin, P.A., 360 Central Avenue, Ste. 1260, St. Petersburg, FL 33701, this ___ day of September, 2001.

R. Paul Roecker, Esq.