## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**MICHAEL F. BRANCHE,**

    **Plaintiff,**

**v.**                                                             **Case No.  8:01-cv-1747-T-30MSS**

**AIRTRAN AIRWAYS, INC.,**

    **Defendant.**

_____

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion for Attorney's Fees, Costs, and Expenses (Dkt. #195) and Plaintiff's response thereto (Dkt. #198).  Defendant moves pursuant to Fla. Stat. § 448.104 for an award of attorney's fees, costs, and expenses.  Plaintiff objects.

Because this Court previously granted summary judgment and judgment as a matter of law to Defendant on Plaintiff's whistle-blower claims, it finds that Defendant is entitled to a reasonable amount of attorney's fees, costs, and expenses under Fla. Stat. § 448.104.  Based on Plaintiff's response to Defendant's Motion, however, it appears that Plaintiff's ability to pay is an outstanding issue that will need to be addressed.  Accordingly, this Court finds that the parties should be sent to mediation to attempt to fashion an appropriate remedy taking into account Defendant's fees, costs and expenses and Plaintiff's ability to pay.

It is therefore ORDERED AND ADJUDGED that:

1.	Defendant's Motion for Attorney's Fees, Costs, and Expenses (Dkt. #195) is **GRANTED**.

2.	The parties are instructed to attend mediation **within forty-five (45) days of this Order** to resolve the outstanding issue of Defendant's reasonable attorney's fees, costs and expenses.

3.	If the parties are unable to reach an agreement at mediation, a request for a hearing should be made with the Court so that it can determine an appropriate award of reasonable attorney's fees, costs and expenses taking into account Plaintiff's ability to pay.

**DONE** and **ORDERED** in Tampa, Florida on June 24, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2001\01-cv-1747 Motn Attorneys Fees Costs Fla. Whistleblower.wpd