**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MICHAEL F. BRANCHE,**

      **Plaintiff,**

**v.**                                        **Case No.  8:01-cv-1747-T-30MSS**

**AIRTRAN AIRWAYS, INC.,**

      **Defendant.**

_____

## ORDER

THIS CAUSE comes before the Court upon Defendant's Bill of Costs (Dkt. #196).

A final judgment was entered in favor of Defendant on June 2, 2005 (Dkt. #191).  Defendant

seeks costs in the amount of $9,503.58 under Fed. R. Civ. P. 54(d)(1) as the "prevailing

party" in this case.

      A review of Defendant's Bill of Costs indicates that Defendant is seeking

reimbursement for items that are not taxable under 28 U.S.C. §1920.  Among these costs are

$3,603.60 for a transcript of the trial, $2,397.98 for various document enlargement and copy

charges, and $1,860.70 for miscellaneous photocopying charges.  See e.g., United States

Steel v. Tieco, Inc., 261 F.3d 1275, 1294 n.23 (11th Cir. 2001); Duckworth v. Whisenant,

97 F.3d 1393, 1399 (11th Cir. 1996) (holding that charges such as those for general copying,

computerized legal research, postage, and other miscellaneous expenses (like parking) are

not taxable).  Defendant also identified $320.00 in duplicative costs for trial witnesses.

This Court concludes that Defendant only is entitled to **$1,321.30** in taxable costs under Rule 54(d)(1).  It is therefore

ORDERED AND ADJUDGED that  **$1,321.30** in costs are **APPROVED** to be paid by Plaintiff to Defendant.

**DONE** and **ORDERED** in Tampa, Florida on July 21, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2001\01-cv-1747 Bill of Costs Rule 54.wpd