# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**MICHAEL F. BRANCHE,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No. 8:01-cv-1747-T-30MSS**

**AIRTRAN AIRWAYS, INC.,**

    **Defendant.**

_____

## **ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation for Voluntary Dismissal With Prejudice (Dkt. #206).

In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 17, 2005.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2001\01-cv-1747.dismissal.wpd